IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANCES BURR                                                         PLAINTIFF

v.                         No. 5:08CV00309 JLH

LINCOLN COUNTY SHERIFF'S OFFICE;
LARRY MCGEE, Sheriff, in his official
and individual capacities                                DEFENDANTS

## JUDGMENT

For the reasons stated in the Opinion and Order entered separately today, plaintiff's complaint is dismissed.

IT IS SO ORDERED this 11th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE